840 A.2d 988

COMMONWEALTH of Pennsylvania, Respondent,

v.

Rahadames BATISTA, Petitioner.

Supreme Court of Pennsylvania.

Nov. 19, 2003.

## *ORDER*

PER CURIAM.

AND NOW, this 19th day of November, 2003, the petition for allowance of appeal is granted limited to the issue of whether trial counsel was ineffective in allowing the jury to be selected in Petitioner's absence. The case is remanded to the PCRA court with direction to conduct an evidentiary hearing on the issue of whether trial counsel was ineffective in allowing the jury to be selected in Petitioner's absence.

Jurisdiction is relinquished.